**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MSP RECOVERY CLAIMS,<br>SERIES LLC, *et al*., | ) | No. 5:19-cv-00219-JRA |
| | ) | |
| Plaintiffs, | ) | Judge Pamela A. Barker |
| v. | ) | |
| | ) | |
| GRANGE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

In light of the Stipulation of Dismissal With Prejudice filed by the parties, this matter is

hereby dismissed with prejudice, with each party bearing its own fees and costs.

DONE and ORDERED in Chambers at Cleveland, Ohio this 28 day of February, 2023.

HON. PAMELA BARKER
UNITED STATES DISTRICT COURT JUDGE